UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YUEMEI HE,<br><br>      Plaintiff,<br><br>   v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et. al.,<br><br>      Defendants. | No. C21-00623-RSL<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

WHEREAS Plaintiff filed a Complaint on May 10, 2021, seeking to compel Defendants to adjudicate her I-539 and I-765 applications.

WHEREAS Defendants adjudicated and approved Plaintiff's applications on May 11, 2021.

WHEREAS the parties agree that Plaintiff's complaint is moot and should be dismissed.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

Plaintiff's Complaint is DISMISSED without fees or costs to either party.

JOINT STIPULATION AND
ORDER OF DISMISSAL - 1
(C21-00623-RSL)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970

SO STIPULATED.
DATED this 24th day of May, 2021.

TESSA M. GORMAN
Acting United States Attorney


 /s Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail   kristin.b.johnson@usdoj.gov
Attorney for Defendants


SO STIPULATED.
DATED this 24th day of May, 2021.


/s Ralph Hua
RALPH HUA, WSBA#42189
FISHER & PHILLIPS LLP
1201 3rd Ave. Ste. 2750
Seattle, WA 98101
Attorney for Plaintiff


## **ORDER**

IT IS SO ORDERED. Plaintiff's Complaint is DISMISSED without fees or costs to either party.


Dated this 25th day of May, 2021.

ROBERT S. LASNIK
United States District Judge

JOINT STIPULATION AND
ORDER OF DISMISSAL - 2
(C21-00623-RSL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970